IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DIEBEL,<br>PEGGY DIEBEL,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | )<br>)<br>) No. 1:07-cv-00302 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:     May 29, 2007

                                        Respectfully submitted,

                                         /s/ Beatriz T. Saiz
                                        BEATRIZ T. SAIZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C.  20044
                                        Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 29, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Kenneth Diebel
        Peggy Diebel
        414 Ineichen Street
        Rayville, LA 71269

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ