UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH DIEBEL, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0302 (ESH) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States has filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs are proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiffs shall respond to the defendant's motion to dismiss no later than June 29, 2007. If plaintiffs neither respond nor move for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiffs' complaint.

**SO ORDERED**.

                                                                               /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

DATE:   May 29, 2007