**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 1820 0004 0634 1350

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.75 |

Postmark: BAYVILLE, LA 71269-9998, FEB 23 2007, 02/23/2007

Sent To: U.S. Att. Dist. of Columbia
Street, Apt. No. or PO Box No.: 555 4th St. N.W.
City, State, ZIP+4: Washington, Dist of Columbia 20530

PS Form 3800, June 2002

---

Let this be filed
ESH
6/5/07

Court Name: District of Columbia
Division: 1
Receipt Number:
Cashier ID:
Transaction Date:
Payer Name:

CIVIL FILING FEE
For New Case
Amount: $350.00

MONEY ORDER
Check/Money Order Num:
Amt Tendered: $350.00

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

07-0302

Only when the bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 1820 0004 0634 1343

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.75 |

Postmark: BAYVILLE, LA 71269-9998, FEB 23 2007, 02/23/2007

Sent To: Alberto Gonzales/U.S. Att. Gen.
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave.
City, State, ZIP+4: Washington, Dist of Columbia

PS Form 3800, June 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Columbia_____

Kenneth Diebel and Peggy Diebel,
Husband and Wife

## SUMMONS IN A CIVIL ACTION

V.

United States

CA  CASE NUMBER 1:07CV00302

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 02/8/2007

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Kenneth Diebel
Peggy Diebel
414 Ineichen Street
Rayville, Louisiana 71269

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                FEB - 8 2007
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Feb 6, 2007 |
| NAME OF SERVER (PRINT) Kenneth Diebel | TITLE Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: (certified mail)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by certified mail see receipt enclosed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 29, 2007           Kenneth Diebel
                  Date                      Signature of Server

414 Ineichen St, Rayville, La 71269
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Kenneth Diebel and Peggy Diebel,
Husband and Wife

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:07CV00302

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 02/ /2007

TO: (Name and address of Defendant)

~~Andrew Taylor~~,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro se (name and address)

Kenneth Diebel
Peggy Diebel
414 Ineichen Street
Rayville, Louisiana 71269

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON       FEB - 8 2007
CLERK                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | Feb. 6, 2007 |
| NAME OF SERVER (PRINT) Kenneth Diebel | TITLE Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: (certified mail)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by certified mail See receipt enclosed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 29, 2007    Kenneth Diebel
          Date              Signature of Server

414 Ineichen St. Rayville, La 71269
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.